UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 13-01069 SJO (SPx) | Date | October 30, 2013 |
|---|---|---|---|
| Title | Victor Cheng v. County of Riverside et al | | |

| Present: The Honorable | JAMES OTERO, Judge presiding |
|---|---|

| Victor Cruz | Not Present | |
|---|---|---|
| Deputy Clerk | Court Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**     IN CHAMBERS:

The Court has read and reviewed Plaintiff's Notice of Dismissal Without Prejudice filed 10/29/13.  Accordingly, the Court orders this matter dismissed pursuant to said notice of dismissal..  JS-6

|  | : |  |
|---|---|---|
| Initials of Preparer | | vpc |